DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESSE CLEVELAND HARRELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-802

[May 30, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah Weiss, Judge; L.T. Case No. 2011CF012332AXXXMB.

Jesse Cleveland Harrell, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***